## OSBORN *vs.* OSBORN.

A condition precedent to issuing the writ of *certiorari* is that the party seeking it shall produce a certificate from the officer whose decision or judgment is the subject-matter of complaint that all costs which may have accrued on the trial below have been paid. This condition is not met by a certificate that the plaintiff in *certiorari* has paid "the court costs in said case." Code, §§4054, 3685.

Judgment affirmed.

March 13, 1883.

JACKSON, Chief Justice.

[The judgment excepted to was the dismissal of a *certiorari* on the hearing, for want of a proper certificate as to costs. The only certificate was that the plaintiff in *certiorari* had paid "all court costs."]